**Fill in this information to identify the case:**

Debtor Name: LVPR, LLC

United States Bankruptcy Court for the: Eastern District of Texas

Case number: 24-41092

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: May 2024
Date report filed: 06/20/2024
MM / DD / YYYY

Line of business: Marketing
NAISC code: 8743

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: Ali Karsch

Original signature of responsible party: *Ali Karsch*

Printed name of responsible party: Ali Karsch

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☒ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☒ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☒ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☒ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☒ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☒ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☒ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☒ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☒ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☒ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☒ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☒ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☒ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☒ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☒ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☒ | ☐ |

Official Form 425C  Monthly Operating Report for Small Business Under Chapter 11  page 1

Doc ID: 1b4e5a0cb1f9e7c4909d3ea4f46230d420620a93

Debtor Name **LVPR, LLC**          Case number **24-41092**

17. Have you paid any bills you owed before you filed bankruptcy? ☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ 6373.48

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.       $ 42000.05

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.       − $ 47282.48

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ -5282.43

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

    = $ 1090.69

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**       $ 0

    *(Exhibit E)*

Debtor Name  LVPR, LLC    Case number 24-41092

### 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**  $ 7250

(Exhibit F)

### 5. Employees

26. What was the number of employees when the case was filed?  2
27. What is the number of employees as of the date of this monthly report?  2

### 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?  $ 0
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $ 0
30. How much have you paid this month in other professional fees?  $ 0
31. How much have you paid in total other professional fees since filing the case?  $ 0

### 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A<br>**Projected**<br>Copy lines 35-37 from the previous month's report. | | Column B<br>**Actual**<br>Copy lines 20-22 of this report. | | Column C<br>**Difference**<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 40000 | − | $ 42000.05 | = | $ -2000.05 |
| 33. **Cash disbursements** | $ 46250 | − | $ 47602.89 | = | $ -1352.89 |
| 34. **Net cash flow** | $ -6250 | − | $ -5602.84 | = | $ 647.13 |

35. Total projected cash receipts for the next month:  $ 75400
36. Total projected cash disbursements for the next month:  - $ 75526
37. Total projected net cash flow for the next month:  = $ -126

Debtor Name  LVPR, LLC                                            Case number 24-41092

# 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

- [x] 39. Bank reconciliation reports for each account.

- [x] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

- [x] 41. Budget, projection, or forecast reports.

N/A
- [ ] 42. Project, job costing, or work-in-progress reports.



P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

📱 1.888.BUSINESS (1.888.287.4637)

✉ bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

LVPR, LLC
531 CARLSBAD DR
FRISCO, TX  75036-9181

# Your Business Investment Account
# Preferred Rewards for Bus Gold

for May 1, 2024 to May 31, 2024

Account number:  9237

**LVPR, LLC**

## Account summary

| | |
|---|---|
| Beginning balance on May 1, 2024 | $2,061.81 |
| Deposits and other credits | 63,832.80 |
| Withdrawals and other debits | -64,972.33 |
| Service fees | -0.00 |
| **Ending balance on May 31, 2024** | **$922.28** |

# of deposits/credits: 7
# of withdrawals/debits: 43
# of days in cycle: 31
Average ledger balance: $6,126.94
Average collected balance: $6,126.94

*Annual Percentage Yield Earned this statement period: 0.01%.*
*Interest Paid Year To Date: $0.20.*

---

**Check fraud is on the rise**

Consider writing fewer checks and paying bills in our Mobile app, Online Banking, or setting up automatic payments directly on utility sites.

Scan the code to learn more or visit: bofa.com/HelpPreventFraud



When you use the QRC feature, certain information is collected from your mobile device for business purposes. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM-05-23-0809.C | 5695722

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

**How to Contact Us** - You may call us at the telephone number listed on the front of this statement.

**Updating your contact information** - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

**Deposit agreement** - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

**Electronic transfers: In case of errors or questions about your electronic transfers** - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting other problems** - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

**Direct deposits** - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2024 Bank of America Corporation





**Your savings account**

LVPR, LLC    |    Account #              9237    |    May 1, 2024 to May 31, 2024

## Deposits and other credits

| Date | Description | | Amount |
|---|---|---|---:|
| 05/01/24 | INTUIT 17649235  DES:DEPOSIT    ID:524771991691534  INDN:LVPR ID:9215986202 CCD | CO | 8,332.75 |
| 05/03/24 | Transfer Intuit Payments Inc. | | 8,500.00 |
| 05/03/24 | Transfer Intuit Payments Inc. | | 5,000.00 |
| 05/09/24 | INTUIT 67438705  DES:DEPOSIT    ID:524771991691534  INDN:LVPR ID:9215986202 CCD | CO | 6,000.00 |
| 05/15/24 | INTUIT 94208065  DES:DEPOSIT    ID:524771991691534  INDN:LVPR ID:9215986202 CCD | CO | 21,000.00 |
| 05/21/24 | INTUIT 20361985  DES:DEPOSIT    ID:524771991691534  INDN:LVPR ID:9215986202 CCD | CO | 15,000.00 |
| 05/31/24 | Interest Earned | | 0.05 |
| **Total deposits and other credits** | | | **$63,832.80** |

## Withdrawals and other debits

| Date | Description | | Amount |
|---|---|---|---:|
| 05/01/24 | Zelle payment to  Shannon McFadden Conf# j748volm5 | | -1,846.40 |
| 05/01/24 | Zelle payment to  Lindsay Rodriguez Conf# pp9vd3n4h | | -1,634.48 |
| 05/01/24 | Zelle payment to  Robin Clark Conf# qguqheb6t | | -3,600.00 |
| 05/01/24 | INTUIT 30542975  DES:TRAN FEE   ID:524771991691534  INDN:LVPR ID:9215986202 CCD | CO | -258.32 |
| 05/02/24 | Online Banking transfer to CHK 9211 Confirmation# 7967197823 | | -50.00 |
| 05/02/24 | Online Banking transfer to CHK 9211 Confirmation# 7169193874 | | -650.00 |
| 05/03/24 | Online Banking transfer to CHK 0803 Confirmation# 7377799106 | | -2,000.00 |
| 05/03/24 | Zelle payment to Nikole Flores Conf# ynd8w5fjx | | -5,760.00 |
| 05/06/24 | Zelle payment to  MATTHEW SOU Conf# sjwywimds | | -450.00 |
| 05/06/24 | Online Banking transfer to CHK 9211 Confirmation# 4690186737 | | -500.00 |

*continued on the next page*



**BANK OF AMERICA BUSINESS ADVANTAGE**

### Online alerts help keep you informed

Know when transactions have posted and when payments are due to help you avoid late fees and finance charges. Sign up for **Alerts** today! Scan this code to sign in to Business Advantage 360, visit bankofamerica.com/SmallBusiness or sign in to the Mobile Banking App.



When you use the QRC feature, certain information is collected from your mobile device for business purposes. You may elect to receive alerts via text or email. Bank of America does not charge for this service, but your mobile carrier's message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage.

SSM-10-23-0412.B  |  6043774

## Withdrawals and other debits - continued

| Date | Description | | Amount |
|---|---|---|---:|
| 05/06/24 | Online Banking transfer to CHK 9211 Confirmation# 4990731835 | | -300.00 |
| 05/06/24 | INTUIT 57902195 DES:TRAN FEE   ID:524771991691534  INDN:LVPR  ID:9215986202 CCD | CO | -654.75 |
| 05/07/24 | ATT               DES:Payment   ID:XXXXXXXXXEPAYC  INDN:Derrick Karsch PPD | CO ID:9864031004 | -61.09 |
| 05/08/24 | Zelle payment to  justine goodiel Conf# tcmytnhsm | | -3,331.79 |
| 05/09/24 | Online Banking transfer to CHK 0803 Confirmation# 7926294238 | | -6,000.00 |
| 05/09/24 | Industrious Plan DES:Industriou ID:ST-I2K3N1I6C8G9  INDN:LVPR LLC WEB | CO ID:1800948598 | -705.12 |
| 05/09/24 | INTUIT 81396085 DES:TRAN FEE   ID:524771991691534  INDN:LVPR  ID:9215986202 CCD | CO | -5.00 |
| 05/10/24 | Zelle payment to  Andrea Paredes Conf# kldpfvlfd | | -250.00 |
| 05/13/24 | Zelle payment to  MATTHEW SOU Conf# sq5wukyuy | | -600.00 |
| 05/13/24 | Online Banking transfer to CHK 9211 Confirmation# 7146618904 | | -100.00 |
| 05/15/24 | Zelle payment to Lindsay Rodriguez Conf# l2e9mg09t | | -3,934.48 |
| 05/15/24 | Zelle payment to  Shannon L Mcfadden Conf# l3qlpjcg0 | | -2,769.20 |
| 05/15/24 | Zelle payment to  Brickz Consulting Conf# m26qoi5hu | | -3,750.00 |
| 05/15/24 | Online Banking transfer to CHK 9211 Confirmation# 7181845701 | | -275.00 |
| 05/15/24 | INTUIT 07996355 DES:TRAN FEE   ID:524771991691534  INDN:LVPR  ID:9215986202 CCD | CO | -651.00 |
| 05/16/24 | Zelle payment to Nikole Flores Conf# u2iu4e3hh | | -6,336.00 |
| 05/16/24 | Online Banking transfer to CHK 0803 Confirmation# 7183156507 | | -4,000.00 |
| 05/17/24 | Online Banking transfer to CHK 9211 Confirmation# 7397198819 | | -250.00 |
| 05/20/24 | AmericanExpress DES:DXXXXXXXXX ID:  INDN:ALISON KARSCH | CO ID:XXXXXXXXX  WEB | -111.30 |
| 05/21/24 | Online Banking transfer to CHK 0803 Confirmation# 7730074644 | | -2,000.00 |
| 05/21/24 | INTUIT 34056525 DES:TRAN FEE   ID:524771991691534  INDN:LVPR  ID:9215986202 CCD | CO | -465.00 |
| 05/28/24 | Online Banking transfer to CHK 0803 Confirmation# 7575968217 | | -15.00 |
| 05/28/24 | Online Banking transfer to CHK 9211 Confirmation# 7183180616 | | -250.00 |
| 05/28/24 | Online Banking transfer to CHK 0803 Confirmation# 7383904393 | | -50.00 |
| 05/28/24 | Zelle payment to  Andrea Paredes Conf# zac1cg028 | | -481.68 |
| 05/29/24 | Online Banking transfer to CHK 9211 Confirmation# 7895629162 | | -200.00 |
| 05/29/24 | Online Banking transfer to CHK 7984 Confirmation# 7200483131 | | -200.00 |
| 05/30/24 | Online Banking transfer to CHK 9211 Confirmation# 7910619750 | | -200.00 |
| 05/31/24 | Zelle payment to  Shannon L Mcfadden for "NA"; Conf# qrmczbl1u | | -2,284.56 |
| 05/31/24 | Zelle payment to Lindsay Rodriguez Conf# ldlguxe0l | | -4,292.16 |
| 05/31/24 | Zelle payment to  Colleen for "Payroll"; Conf# wl2qgb0hi | | -1,875.00 |

*continued on the next page*



**Your savings account**

LVPR, LLC   |   Account # ███████ 9237   |   May 1, 2024 to May 31, 2024

## Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---:|
| 05/31/24 | Zelle payment to MATTHEW SOU Conf# zclris8cf | -600.00 |
| 05/31/24 | Zelle payment to Sarah Aversano Conf# lb57msa1r | -1,225.00 |
| **Total withdrawals and other debits** | | **-$64,972.33** |

## Daily ledger balances

| Date | Balance ($) | Date | Balance ($) | Date | Balance ($) |
|---|---:|---|---:|---|---:|
| 05/01 | 3,055.36 | 05/09 | 2,087.61 | 05/20 | 60.63 |
| 05/02 | 2,355.36 | 05/10 | 1,837.61 | 05/21 | 12,595.63 |
| 05/03 | 8,095.36 | 05/13 | 1,137.61 | 05/28 | 11,798.95 |
| 05/06 | 6,190.61 | 05/15 | 10,757.93 | 05/29 | 11,398.95 |
| 05/07 | 6,129.52 | 05/16 | 421.93 | 05/30 | 11,198.95 |
| 05/08 | 2,797.73 | 05/17 | 171.93 | 05/31 | 922.28 |

This page intentionally left blank



P.O. Box 15284
Wilmington, DE 19850

LVPR, LLC
531 CARLSBAD DR
FRISCO, TX  75036-9181

**Customer service information**

☎ 1.888.BUSINESS (1.888.287.4637)

✎ bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

## Your Business Advantage Fundamentals™ Banking
## Preferred Rewards for Bus Gold

for May 1, 2024 to May 31, 2024

Account number: 9211

**LVPR, LLC**

### Account summary

| | |
|---|---:|
| Beginning balance on May 1, 2024 | $50.90 |
| Deposits and other credits | 3,032.02 |
| Withdrawals and other debits | -2,914.51 |
| Checks | -0.00 |
| Service fees | -0.00 |
| **Ending balance on May 31, 2024** | **$168.41** |

| | |
|---|---|
| # of deposits/credits: | 11 |
| # of withdrawals/debits: | 34 |
| # of items-previous cycle[1]: | 0 |
| # of days in cycle: | 31 |
| Average ledger balance: | $230.91 |

[1]*Includes checks paid, deposited items and other debits*



**You've got a banking partner ready to help.**

As your dedicated Small Business Specialist, I'm here to help with all of your business's financial needs and priorities.

**Contact me today.**
Neema Sapkota
214.617.9313
neema.sapkota@bofa.com

SSM-09-23-0714.B | 5972504

PULL: E  CYCLE: 48  SPEC: E  DELIVERY: E  TYPE:  IMAGE: I  BC: TX

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2024 Bank of America Corporation





**Your checking account**

LVPR, LLC   |   Account # ████ 9211   |   May 1, 2024 to May 31, 2024

## Deposits and other credits

| Date | Description | Amount |
|---|---|---|
| 05/02/24 | Online Banking transfer from SAV 9237 Confirmation# 7169193874 | 650.00 |
| 05/02/24 | Online Banking transfer from SAV 9237 Confirmation# 7967197823 | 50.00 |
| 05/06/24 | Online Banking transfer from SAV 9237 Confirmation# 4690186737 | 500.00 |
| 05/06/24 | Online Banking transfer from SAV 9237 Confirmation# 4990731835 | 300.00 |
| 05/13/24 | Online Banking transfer from SAV 9237 Confirmation# 7146618904 | 100.00 |
| 05/15/24 | Online Banking transfer from SAV 9237 Confirmation# 7181845701 | 275.00 |
| 05/17/24 | Online Banking transfer from SAV 9237 Confirmation# 7397198819 | 250.00 |
| 05/20/24 | PURCHASE REFUND 0518  TURO INC.* TRIP M SAN FRANCISCOCA 82305094140000017583000 CKCD 4789 XXXXXXXXXXXX9343 | 257.02 |
| 05/28/24 | Online Banking transfer from SAV 9237 Confirmation# 7183180616 | 250.00 |
| 05/29/24 | Online Banking transfer from SAV 9237 Confirmation# 7895629162 | 200.00 |
| 05/30/24 | Online Banking transfer from SAV 9237 Confirmation# 7910619750 | 200.00 |
| **Total deposits and other credits** | | **$3,032.02** |

## Withdrawals and other debits

| Date | Description | Amount |
|---|---|---|
| 05/28/24 | Online Banking transfer to CHK 0803 Confirmation# 7775758295 | -50.00 |

**Card account # XXXX XXXX XXXX 9343**

| Date | Description | Amount |
|---|---|---|
| 05/02/24 | CHECKCARD  0501 LYFT   *1 RIDE 04 SAN FRANCISCOCA 82305094122000032181741 CKCD 4121 XXXXXXXXXXXX9343 XXXX XXXX XXXX 9343 | -16.73 |
| 05/02/24 | CHECKCARD  0501 DD DOORDASH POTBE 8559731040   CA 55429504122745108144644 CKCD 5812 XXXXXXXXXXXX9343 XXXX XXXX XXXX 9343 | -33.25 |
| 05/03/24 | CHECKCARD  0502 LYFT   *1 RIDE 04 SAN FRANCISCOCA 82305094124000000005318 CKCD 4121 XXXXXXXXXXXX9343 XXXX XXXX XXXX 9343 | -3.35 |
| 05/03/24 | PURCHASE   0503 LinkedIn Pre 9520 8556535653   CA | -32.46 |
| 05/03/24 | CHECKCARD  0503 PAYPAL *QUICKB San Jose    CA CKCD 5734 XXXXXXXXXXXX9343 XXXX XXXX XXXX 9343 | -95.94 |

*continued on the next page*

---

### Check fraud is on the rise

Consider writing fewer checks and paying bills in our Mobile app, Online Banking, or setting up automatic payments directly on utility sites.

Scan the code to learn more or visit: bofa.com/HelpPreventFraud



When you use the QRC feature, certain information is collected from your mobile device for business purposes. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM-05-23-0809.C  |  5695722

## Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---|
| 05/06/24 | CHECKCARD  0503 LYFT   *1 RIDE 05 SAN FRANCISCOCA 82305094124000030910420 CKCD 4121 XXXXXXXXXXXX9343 XXXX XXXX XXXX 9343 | -34.08 |
| 05/06/24 | CHECKCARD  0502 CHICK-FIL-A #0209 FRISCO       TX 05140484124710014247846 CKCD 5814 XXXXXXXXXXXX9343 XXXX XXXX XXXX 9343 | -40.98 |
| 05/06/24 | PURCHASE   0503 DD *DOORDASH VELV SAN FRANCISCOCA | -73.54 |
| 05/06/24 | CHECKCARD  0504 LYFT   *2 RIDES 0 SAN FRANCISCOCA 82305094126000002684852 CKCD 4121 XXXXXXXXXXXX9343 XXXX XXXX XXXX 9343 | -31.36 |
| 05/06/24 | CHECKCARD  0503 076 BRAUMS STORE FRISCO       TX 25247804124000586093722 CKCD 5812 XXXXXXXXXXXX9343 XXXX XXXX XXXX 9343 | -6.21 |
| 05/06/24 | PURCHASE   0504 TURO INC.* TRIP M SAN FRANCISCOCA | -197.18 |
| 05/06/24 | PURCHASE   0505 DD *DOORDASH VELV SAN FRANCISCOCA | -58.38 |
| 05/06/24 | CHECKCARD  0505 GOOGLE*GSUITE LVP CC GOOGLE.COMCA 02682634127910003055915 CKCD 7399 XXXXXXXXXXXX9343 XXXX XXXX XXXX 9343 | -424.52 |
| 05/07/24 | CHECKCARD  0507 DD DOORDASH EINST 8559731040   CA 55429504128745112107060 CKCD 5812 XXXXXXXXXXXX9343 XXXX XXXX XXXX 9343 | -18.31 |
| 05/07/24 | PURCHASE   0506 Agorapulse SAS Paris       00 | -69.00 |
| 05/07/24 | PURCHASE   0507 DD *DOORDASH VELV SAN FRANCISCOCA | -64.66 |
| 05/07/24 | PURCHASE   0507 SLACK T41K99KQT 4155799153   CA | -62.47 |
| 05/07/24 | CHECKCARD  0507 PAYPAL *APPLE. San Jose    CA CKCD 5735 XXXXXXXXXXXX9343 XXXX XXXX XXXX 9343 | -21.64 |
| 05/07/24 | WALGREENS 5775  05/07 #000139337 PURCHASE WALGREENS 5775 FM  FRISCO       TX | -23.24 |
| 05/08/24 | CHECKCARD  0507 LYFT   *1 RIDE 05 SAN FRANCISCOCA 82305094129000005416226 CKCD 4121 XXXXXXXXXXXX9343 XXXX XXXX XXXX 9343 | -19.40 |
| 05/08/24 | CHECKCARD  0507 YAMM.COM BRUSSELS       00 82644314128000016034268 RECURRING CKCD 5734 XXXXXXXXXXXX9343 XXXX XXXX XXXX 9343 | -150.00 |
| 05/13/24 | CHECKCARD  0511 TOM THUMB #2963 FRISCO       TX 55263524133837001730035 CKCD 5411 XXXXXXXXXXXX9343 XXXX XXXX XXXX 9343 | -117.84 |
| 05/16/24 | PURCHASE   0515 BVD*BEENVERIFIED. 8559046471   NY | -24.32 |
| 05/17/24 | PURCHASE   0517 TURO INC.* TRIP M SAN FRANCISCOCA | -259.25 |
| 05/20/24 | PURCHASE   0517 TURO INC.* TRIP M SAN FRANCISCOCA | -257.02 |
| 05/21/24 | CHECKCARD  0521 FAIRCHILD PUBLISH 8003584244   CA 55432864142204075610475 RECURRING CKCD 5968 XXXXXXXXXXXX9343 XXXX XXXX XXXX 9343 | -19.99 |
| 05/22/24 | CHECKCARD  0521 ATT*BILL PAYMENT 8002882020   TX 55432864142204310744063 RECURRING CKCD 4899 XXXXXXXXXXXX9343 XXXX XXXX XXXX 9343 | -221.04 |
| 05/29/24 | CHECKCARD  0527 TOM THUMB #2963 FRISCO       TX 55263524149837001252073 CKCD 5411 XXXXXXXXXXXX9343 XXXX XXXX XXXX 9343 | -166.53 |
| 05/29/24 | CHECKCARD  0527 TOM THUMB #2963 FRISCO       TX 55263524149837001256157 CKCD 5411 XXXXXXXXXXXX9343 XXXX XXXX XXXX 9343 | -20.99 |
| 05/29/24 | CHECKCARD  0527 TOM THUMB #2963 FRISCO       TX 55263524149837001301367 CKCD 5411 XXXXXXXXXXXX9343 XXXX XXXX XXXX 9343 | -38.43 |
| 05/30/24 | PURCHASE   0529 DD *DOORDASH VELV SAN FRANCISCOCA | -65.87 |
| 05/31/24 | PURCHASE   0529 PAYPAL *BOF 35314369001  00 | -102.00 |
| 05/31/24 | PURCHASE   0531 DD *DOORDASH LIQU SAN FRANCISCOCA | -94.53 |
| **Subtotal for card account # XXXX XXXX XXXX 9343** | | **-$2,864.51** |
| **Total withdrawals and other debits** | | **-$2,914.51** |



**Your checking account**

LVPR, LLC   |   Account #              9211   |   May 1, 2024 to May 31, 2024

## Service fees

**Your Overdraft and NSF: Returned Item fees for this statement period and year to date are shown below.**

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft fees | $0.00 | $40.00 |
| Total NSF: Returned Item fees | $0.00 | $0.00 |

**We want to help you avoid overdraft fees.  Here are a few ways to manage your account and stay on top of your balance:**
- Enroll in Balance Connect™ for overdraft protection through Online or Mobile Banking to help save on overdraft fees and cover your payments and purchases by automatically transferring money from your linked backup accounts when needed.
- Sign up for Alerts (footnote 1) to get an email or text message when your balance becomes low

Please call us or visit us if you have any questions or to discuss your options.

(footnote 1) You may elect to receive alerts via text or email. Bank of America does not charge for this service but your mobile carrier's message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage.

The Monthly Fee on your primary Business Advantage Fundamentals Banking account was waived for the statement period ending 04/30/24. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

✓   $250+ in new net purchases on a linked Business debit card has been met

○   $5,000+ combined average monthly balance in linked business accounts has not been met

✓   Become a member of Preferred Rewards for Business has been met

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

## Daily ledger balances

| Date | Balance ($) | Date | Balance ($) | Date | Balance ($) |
|---|---:|---|---:|---|---:|
| 05/01 | 50.90 | 05/13 | 56.36 | 05/22 | 56.76 |
| 05/02 | 700.92 | 05/15 | 331.36 | 05/28 | 256.76 |
| 05/03 | 569.17 | 05/16 | 307.04 | 05/29 | 230.81 |
| 05/06 | 502.92 | 05/17 | 297.79 | 05/30 | 364.94 |
| 05/07 | 243.60 | 05/21 | 277.80 | 05/31 | 168.41 |
| 05/08 | 74.20 | | | | |

This page intentionally left blank

# LVPR, LLC
## Profit and Loss
### May 8-31, 2024

|  | Total |
|---|---:|
| **Income** | |
|   Retainer Income | 27,000.00 |
|   Social Income | 15,000.00 |
| **Total Income** | **$ 42,000.00** |
| **Cost of Goods Sold** | |
|   Contractors | 31,729.87 |
| **Total Cost of Goods Sold** | **$ 31,729.87** |
| **Gross Profit** | **$ 10,270.13** |
| **Expenses** | |
|   Meals & Entertainment | 524.18 |
|   Merchant Services Fees | 1,121.00 |
|   Office Expense | 126.32 |
|   Payroll Expenses | |
|     Officer Wages | 12,000.00 |
| **Total Payroll Expenses** | **$ 12,000.00** |
|   Rent & Lease | 705.12 |
|   Software & Software Subscriptions | 150.00 |
|   Telephone | 221.04 |
|   Travel | 278.65 |
| **Total Expenses** | **$ 15,126.31** |
| **Net Operating Income** | **-$ 4,856.18** |
| **Other Income** | |
|   Earned Interest | 0.05 |
| **Total Other Income** | **$ 0.05** |
| **Net Other Income** | **$ 0.05** |
| **Net Income** | **-$ 4,856.13** |

# LVPR, LLC
## Balance Sheet
### As of May 31, 2024

|  | Total |
|---|---:|
| **ASSETS** | |
|   **Current Assets** | |
|     **Bank Accounts** | |
|       Business Fundamentals Chk - 9211 | 168.41 |
|       Business Investment Acct - 9237 | 922.28 |
|       Mercury Checking | 0.00 |
|       Mercury Savings | 0.00 |
|     **Total Bank Accounts** | **$ 1,090.69** |
|     **Accounts Receivable** | |
|       Accounts Receivable (A/R) | 7,250.00 |
|     **Total Accounts Receivable** | **$ 7,250.00** |
|     **Other Current Assets** | |
|       Deposit on Lease | 1,294.80 |
|       Uncategorized Asset | 0.00 |
|       Undeposited Funds | 0.00 |
|     **Total Other Current Assets** | **$ 1,294.80** |
|   **Total Current Assets** | **$ 9,635.49** |
|   **Fixed Assets** | |
|     Accumulated Depreciation | -31,923.05 |
|     Computers & Office Equipment | 29,000.00 |
|     Office Furniture | 10,923.05 |
|   **Total Fixed Assets** | **$ 8,000.00** |
| **TOTAL ASSETS** | **$ 17,635.49** |
| **LIABILITIES AND EQUITY** | |
|   **Liabilities** | |
|     **Current Liabilities** | |
|       **Accounts Payable** | |
|         Accounts Payable (A/P) | 0.00 |
|       **Total Accounts Payable** | **$ 0.00** |
|       **Credit Cards** | |
|         American Express | |
|           American Express x1018 | 0.00 |
|           American Express x1026 | 0.00 |
|         **Total American Express** | **$ 0.00** |
|         American Express x1000 | 0.00 |
|         American Express x3006 | -111.30 |
|         BoA Business CC- 8725 | 0.00 |
|       **Total Credit Cards** | **-$ 111.30** |
|       **Other Current Liabilities** | |

| | | |
|---|---:|---:|
| Campaign Pass Through | | 0.00 |
| Cardiff | | 0.00 |
| Cardiff - 1/26/22 | | 0.00 |
| Cardiff - 6/24/22 | | 0.00 |
| Cell Phone Reimbursement Liability | | 0.00 |
| Employee 401(k) | | 0.00 |
| Employee Health Insurance | | 0.00 |
| Fox Capital Group | | 0.00 |
| Intuit Payment Solution | | 0.00 |
| Kapitus - 2/15/22 | | 0.00 |
| NYS Diasability | | 0.00 |
| NYS Family Leave | | 0.00 |
| PayPal Loan | | 0.00 |
| Payroll Tax Liability | | 0.00 |
| PPP Loan | | 0.00 |
| Rapid Finance - 2110649 | | 0.00 |
| Rapid Finance - 2113339 | | 0.00 |
| SBA Loan | | 0.00 |
| **Total Other Current Liabilities** | $ | **0.00** |
| **Total Current Liabilities** | -$ | **111.30** |
| **Long-Term Liabilities** | | |
| Loans from Shareholder | | 0.00 |
| Pre-Petition - Priority Claims | | 60,078.00 |
| Pre-Petition - Secured Claims | | 50,316.77 |
| Pre-Petition - Unsecured Claims | | 688,256.23 |
| **Total Long-Term Liabilities** | $ | **798,651.00** |
| **Total Liabilities** | $ | **798,539.70** |
| **Equity** | | |
| Common Stock | | 200.00 |
| Opening Balance Equity | | 0.00 |
| Other Items Impacting Equity | | 207,627.00 |
| Owner's Investment | | 98,004.44 |
| Owner's Pay & Personal Expenses | | -201,679.28 |
| Retained Earnings | | -923,615.06 |
| Net Income | | 38,558.69 |
| **Total Equity** | -$ | **780,904.21** |
| **TOTAL LIABILITIES AND EQUITY** | $ | **17,635.49** |

**LVPR, LLC**

| Week Ending | 6/7/2024 | 6/14/2024 | 6/21/2024 | 6/28/2024 |
|---|---:|---:|---:|---:|
| **Beginning Cash** | **1,091** | **34,385** | **13,886** | **5,565** |
| **SOURCES** | | | | |
| Revenue | 69,000 | - | - | 6,400 |
| Other | - | - | - | - |
| **Total Sources** | **69,000** | **-** | **-** | **6,400** |
| **USES** | | | | |
| W-2 Workers | - | - | - | 6,000 |
| 1099 Workers | 34,165 | 17,899 | 5,000 | 5,000 |
| Industrious - rent | 900 | - | - | - |
| Google | 215 | - | - | - |
| Hartford - Insurance | 254 | - | - | - |
| Slack | 100 | - | - | - |
| Canva | 15 | - | - | - |
| LinkedIn | 32 | - | - | - |
| Quickbooks | - | - | 96 | - |
| GoDaddy | 25 | - | - | - |
| Muckrack | - | - | 3,225 | - |
| Reimbursments | - | 100 | - | - |
| Other Expenses | - | - | - | - |
| Misc. | - | - | - | - |
| **Total Operating Expenses** | 35,706 | 17,999 | 8,321 | 11,000 |
| **Cash Flow from Operations** | 33,294 | (17,999) | (8,321) | (4,600) |
| **Professional & Bankruptcy Fees** | | | | |
| Other- Attorney/FA | - | 2,500 | - | - |
| Trustee Fees | - | - | - | - |
| Potential Adequate Protection | - | - | - | - |
| Critical Vendor True Ups | - | - | - | - |
| **Total Professional & Bankruptcy Fees** | - | 2,500 | - | - |
| **Net Cash Flow** | **33,294** | **(20,499)** | **(8,321)** | **(4,600)** |
| **Ending Cash** | 34,385 | 13,886 | 5,565 | 965 |