**Fill in this information to identify the case:**

Debtor Name _____

United States Bankruptcy Court for the: _____ District of _____

Case number: _____

❑ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11    12/17

Month: _____    Date report filed: _____
                                      MM / DD / YYYY

Line of business: _____    NAISC code: _____

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party:           _____, Owner

Original signature of responsible party    */s/ Ali Karsch*

Printed name of responsible party    Ali Karsch

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

|  | | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ❑ | ❑ | ❑ |
| 2. | Do you plan to continue to operate the business next month? | ❑ | ❑ | ❑ |
| 3. | Have you paid all of your bills on time? | ❑ | ❑ | ❑ |
| 4. | Did you pay your employees on time? | ❑ | ❑ | ❑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ❑ | ❑ | ❑ -Working to open |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ❑ | ❑ | ❑ -Extended |
| 7. | Have you timely filed all other required government filings? | ❑ | ❑ | ❑ -Working with TX Comptroll |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ❑ | ❑ | ❑ |
| 9. | Have you timely paid all of your insurance premiums? | ❑ | ❑ | ❑ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| 10. | Do you have any bank accounts open other than the DIP accounts? | ❑ | ❑ | ❑ |
| 11. | Have you sold any assets other than inventory? | ❑ | ❑ | ❑ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ❑ | ❑ | ❑ |
| 13. | Did any insurance company cancel your policy? | ❑ | ❑ | ❑ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ❑ | ❑ | ❑ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ❑ | ❑ | ❑ |
| 16. | Has anyone made an investment in your business? | ❑ | ❑ | ❑ |

Debtor Name _____     Case number_____

|  | | | Autopay |
|---|---|---|---|
| 17. Have you paid any bills you owed before you filed bankruptcy? | ❏ | ❏ | ❏ AMEX |
| 18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | ❏ | ❏ | ❏ |

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.         $ _____

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.         $ _____

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.         − $ _____

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.         + $ _____

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.         = $ _____

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**         $ _____

    *(Exhibit E)*

Debtor Name _____    Case number_____

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**     $ _____

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?     _____
27. What is the number of employees as of the date of this monthly report?     _____

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?     $ _____
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?     $ _____
30. How much have you paid this month in other professional fees?     $ _____
31. How much have you paid in total other professional fees since filing the case?     $ _____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | *Column A*<br>**Projected**<br><br>Copy lines 35-37 from the previous month's report. | — | *Column B*<br>**Actual**<br><br>Copy lines 20-22 of this report. | = | *Column C*<br>**Difference**<br><br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ _____ | — | $ _____ | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | — | $ _____ | = | $ _____ |
| 34. **Net cash flow** | $ _____ | — | $ _____ | = | $ _____ |

35. Total projected cash receipts for the next month:     $ _____
36. Total projected cash disbursements for the next month:     − $ _____
37. Total projected net cash flow for the next month:     = $ _____

Debtor Name  _____        Case number_____

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- ❏ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

- ❏ 39. Bank reconciliation reports for each account.

- ❏ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

- ❏ 41. Budget, projection, or forecast reports.

N/A ❏ 42. Project, job costing, or work-in-progress reports.



P.O. Box 15284
Wilmington, DE 19850

LVPR, LLC
7250 DALLAS PKWY STE 400
PLANO, TX  75024-4931

BANK OF AMERICA
Preferred Rewards
For Business

**Customer service information**

☐ 1.888.BUSINESS (1.888.287.4637)

✉ bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

## Your Business Investment Account
## Preferred Rewards for Bus Gold

for June 1, 2024 to June 30, 2024

**LVPR, LLC**

Account number: 4880 6364 9237

### Account summary

| | |
|---|---|
| Beginning balance on June 1, 2024 | $922.28 |
| Deposits and other credits | 60,492.14 |
| Withdrawals and other debits | -58,618.47 |
| Service fees | -0.00 |
| **Ending balance on June 30, 2024** | **$2,795.95** |

# of deposits/credits: 9
# of withdrawals/debits: 34
# of days in cycle: 30
Average ledger balance: $4,442.47
Average collected balance: $4,442.47

*Annual Percentage Yield Earned this statement period: 0.01%.*
*Interest Paid Year To Date: $0.24.*

---



**Important information about payment scams**

**We will never...**
- call and ask you to send money using Zelle® to yourself or anyone else.
- contact you via phone or text to ask for a security code.
- reach out to you and ask you to send money or provide a code. If someone unfamiliar to you does this, it's likely a scam.

Treat Zelle® payments like cash – once you send money, you're unlikely to get it back.

Learn more about trending scams at **bofa.com/helpprotectyourself**

Zelle® and the Zelle® related marks are wholly owned by Early Warning Services, LLC and are used herein under license.   SSM-09-23-0692.A | 6039180

PULL: E   CYCLE: 48   SPEC: E   DELIVERY: E   TYPE:   IMAGE: I   BC: TX

Page 1 of 6

LVPR, LLC   |   Account # 4880 6364 9237   |   June 1, 2024 to June 30, 2024

# IMPORTANT INFORMATION:
# BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2024 Bank of America Corporation



Bank of America, N.A. Member FDIC and Equal Housing Lender



**Your savings account**

LVPR, LLC   |   Account # 4880 6364 9237   |   June 1, 2024 to June 30, 2024

## Deposits and other credits

| Date | Description | Amount |
|---|---|---:|
| 06/03/24 | Transfer Intuit Payments Inc. | 6,000.00 |
| 06/05/24 | Transfer Intuit Payments Inc. | 8,500.00 |
| 06/05/24 | INTUIT 90407545 DES:DEPOSIT ID:524771991691534 INDN:LVPR     CO ID:9215986202 CCD | 6,000.00 |
| 06/13/24 | OnPay Inc   DES:ACCTVERIFY ID:80636 INDN:LVPR LLC   CO ID:7581484145 CCD | 0.66 |
| 06/14/24 | Transfer Intuit Payments Inc. | 15,000.00 |
| 06/14/24 | Transfer Intuit Payments Inc. | 8,991.44 |
| 06/17/24 | INTUIT 43455155 DES:DEPOSIT ID:524771991691534 INDN:LVPR     CO ID:9215986202 CCD | 10,000.00 |
| 06/17/24 | Online Banking transfer from CHK 9211 Confirmation# 4242221752 | 6,000.00 |
| 06/28/24 | Interest Earned | 0.04 |
| **Total deposits and other credits** | | **$60,492.14** |

## Withdrawals and other debits

| Date | Description | Amount |
|---|---|---:|
| 06/03/24 | Online Banking transfer to CHK 7984 Confirmation# 7227270828 | -500.00 |
| 06/03/24 | Zelle payment to Brickz Consulting Conf# rltywzuoo | -3,100.00 |
| 06/03/24 | Online Banking transfer to CHK 0803 Confirmation# 7839725724 | -2,500.00 |
| 06/04/24 | INTUIT 95495955 DES:TRAN FEE ID:524771991691534 INDN:LVPR     CO ID:9215986202 CCD | -291.00 |
| 06/04/24 | ATT     DES:Payment   ID:XXXXXXXXXEPAYE INDN:Derrick Karsch   CO ID:9864031004 PPD | -61.09 |
| 06/05/24 | Online Banking transfer to CHK 0803 Confirmation# 7462539267 | -2,800.00 |
| 06/05/24 | INTUIT 05094345 DES:TRAN FEE ID:524771991691534 INDN:LVPR     CO ID:9215986202 CCD | -5.00 |
| 06/06/24 | NIKOLE FLORES   DES:SALE    ID:  INDN:ALISON KARSCH   CO ID:9215986202 CCD | -6,624.00 |

*continued on the next page*

### Account security you can see

Check your security meter level and watch it rise as you take action to help protect against fraud. See it in the Mobile Banking app and Online Banking.

To learn more, visit **bofa.com/SecurityCenter** or **scan this code**.




When you use the QRC feature, certain information is collected from your mobile device for business purposes. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM-11-23-0458.C  I  6115469

## Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---:|
| 06/06/24 | INTUIT 15916965  DES:TRAN FEE   ID:524771991691534  INDN:LVPR           CO ID:9215986202 CCD | -412.25 |
| 06/10/24 | Online Banking transfer to CHK 9211 Confirmation# 7781962671 | -200.00 |
| 06/10/24 | Online Banking transfer to CHK 0803 Confirmation# 7298195023 | -1,200.00 |
| 06/10/24 | Online Banking transfer to CHK 9211 Confirmation# 4306079588 | -100.00 |
| 06/11/24 | Industrious Plan DES:Industriou ID:ST-E7J1W0B2R3E3  INDN:LVPR LLC           CO ID:1800948598 WEB | -984.52 |
| 06/12/24 | Zelle payment to  ZlataPR Conf# q8dmu1rc9 | -2,000.00 |
| 06/12/24 | Online Banking transfer to CHK 9211 Confirmation# 7921613470 | -100.00 |
| 06/13/24 | Online Banking transfer to CHK 0803 Confirmation# 7931216372 | -100.00 |
| 06/13/24 | OnPay Inc          DES:ACCTVERIFY ID:80636  INDN:LVPR LLC           CO ID:7581484145 CCD | -0.34 |
| 06/13/24 | OnPay Inc          DES:ACCTVERIFY ID:80636  INDN:LVPR LLC           CO ID:7581484145 CCD | -0.32 |
| 06/14/24 | Zelle payment to  Brickz Consulting for "Payroll"; Conf# mnrq9bd9f | -3,100.00 |
| 06/14/24 | Zelle payment to Lindsay Rodriguez Conf# kvxxyog1b | -1,788.40 |
| 06/14/24 | Zelle payment to Sarah Aversano Conf# m5actmxm8 | -2,225.00 |
| 06/14/24 | Zelle payment to Andrea Paredes Conf# pobef60ts | -400.00 |
| 06/14/24 | Online Banking transfer to CHK 0803 Confirmation# 7440792290 | -6,000.00 |
| 06/17/24 | Zelle payment to Colleen McCarthy Conf# al7oom1kv | -3,225.00 |
| 06/17/24 | Online Banking transfer to CHK 9211 Confirmation# 4442163031 | -6,400.00 |
| 06/17/24 | NIKOLE FLORES    DES:SALE       ID:  INDN:ALISON KARSCH           CO ID:9215986202 CCD | -5,760.00 |
| 06/17/24 | PAYPAL             DES:ECHECK     ID:SHANNONMCFA  INDN:LVPR           CO ID:PAYPALEC88 WEB | -2,506.67 |
| 06/17/24 | INTUIT 57810565  DES:TRAN FEE   ID:524771991691534  INDN:LVPR           CO ID:9215986202 CCD | -1,163.58 |
| 06/17/24 | INTUIT 57785105  DES:TRAN FEE   ID:524771991691534  INDN:LVPR           CO ID:9215986202 CCD | -310.00 |
| 06/20/24 | Online Banking transfer to CHK 9211 Confirmation# 4377203925 | -500.00 |
| 06/20/24 | Online Banking transfer to CHK 9211 Confirmation# 7482267613 | -150.00 |
| 06/20/24 | Online Banking transfer to CHK 9211 Confirmation# 4585848168 | -3,000.00 |
| 06/20/24 | AmericanExpress  DES:DXXXXXXXXX ID:  INDN:ALISON KARSCH           CO ID:XXXXXXXXX  WEB | -111.30 |
| 06/24/24 | Online Banking transfer to CHK 0803 Confirmation# 7309887227 | -1,000.00 |
| **Total withdrawals and other debits** | | **-$58,618.47** |

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|---|---:|---|---:|---|---:|
| 06/01 | 922.28 | 06/05 | 12,165.19 | 06/11 | 2,644.42 |
| 06/03 | 822.28 | 06/06 | 5,128.94 | 06/12 | 544.42 |
| 06/04 | 470.19 | 06/10 | 3,628.94 | 06/13 | 444.42 |

*continued on the next page*



**Your savings account**

LVPR, LLC   |   Account # 4880 6364 9237   |   June 1, 2024 to June 30, 2024

## Daily ledger balances - continued

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 06/14 | 10,922.46 | 06/20 | 3,795.91 | 06/28 | 2,795.95 |
| 06/17 | 7,557.21 | 06/24 | 2,795.91 | | |

LVPR, LLC   |   Account # 4880 6364 9237   |   June 1, 2024 to June 30, 2024

This page intentionally left blank



**BANK OF AMERICA**
**Preferred Rewards**
For Business

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

📱 1.888.BUSINESS (1.888.287.4637)

✉ bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

LVPR, LLC
7250 DALLAS PKWY STE 400
PLANO, TX  75024-4931

## Your Business Advantage Fundamentals™ Banking Preferred Rewards for Bus Gold

for June 1, 2024 to June 30, 2024

Account number: 4880 6364 9211

**LVPR, LLC**

### Account summary

| | |
|---|---|
| Beginning balance on June 1, 2024 | $168.41 |
| Deposits and other credits | 10,450.00 |
| Withdrawals and other debits | -10,309.41 |
| Checks | -0.00 |
| Service fees | -0.00 |
| **Ending balance on June 30, 2024** | **$309.00** |

| | |
|---|---|
| # of deposits/credits: | 7 |
| # of withdrawals/debits: | 26 |
| # of items-previous cycle[1]: | 0 |
| # of days in cycle: | 30 |
| Average ledger balance: | $307.72 |

[1]*Includes checks paid, deposited items and other debits*

---

### You've got a banking partner ready to help.



As your dedicated Small Business Specialist, I'm here to help with all of your business's financial needs and priorities.

**Contact me today.**
Neema Sapkota
214.617.9313
neema.sapkota@bofa.com

SSM-09-23-0714.B  |  5972504

## IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

**How to Contact Us** - You may call us at the telephone number listed on the front of this statement.

**Updating your contact information** - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

**Deposit agreement** - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

**Electronic transfers: In case of errors or questions about your electronic transfers** - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting other problems** - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

**Direct deposits** - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2024 Bank of America Corporation



**Your checking account**



LVPR, LLC   |   Account # 4880 6364 9211   |   June 1, 2024 to June 30, 2024

## Deposits and other credits

| Date | Description | Amount |
|---|---|---|
| 06/10/24 | Online Banking transfer from SAV 9237 Confirmation# 7781962671 | 200.00 |
| 06/10/24 | Online Banking transfer from SAV 9237 Confirmation# 4306079588 | 100.00 |
| 06/12/24 | Online Banking transfer from SAV 9237 Confirmation# 7921613470 | 100.00 |
| 06/17/24 | Online Banking transfer from SAV 9237 Confirmation# 4442163031 | 6,400.00 |
| 06/20/24 | Online Banking transfer from SAV 9237 Confirmation# 4585848168 | 3,000.00 |
| 06/20/24 | Online Banking transfer from SAV 9237 Confirmation# 4377203925 | 500.00 |
| 06/20/24 | Online Banking transfer from SAV 9237 Confirmation# 7482267613 | 150.00 |
| **Total deposits and other credits** | | **$10,450.00** |

## Withdrawals and other debits

| Date | Description | Amount |
|---|---|---|
| 06/17/24 | Online Banking transfer to SAV 9237 Confirmation# 4242221752 | -6,000.00 |
| 06/21/24 | Zelle payment to  MATTHEW SOU Conf# urhnhx8q8 | -600.00 |

Card account # XXXX XXXX XXXX 9343

| Date | Description | Amount |
|---|---|---|
| 06/03/24 | CHECKCARD  0602 DD DOORDASH EINST 8559731040   CA 55429504154715352762046 CKCD 5812 XXXXXXXXXXXX9343 XXXX XXXX XXXX 9343 | -49.25 |
| 06/03/24 | CHECKCARD  0602 DD DOORDASH KRISP 8559731040   CA 55429504154715354617420 CKCD 5812 XXXXXXXXXXXX9343 XXXX XXXX XXXX 9343 | -39.96 |
| 06/03/24 | PURCHASE   0603 LinkedIn Pre 9621 8556535653   CA | -32.46 |
| 06/10/24 | CHECKCARD  0608 PAYPAL *WSJ BA San Jose    CA CKCD 5817 XXXXXXXXXXXX9343 XXXX XXXX XXXX 9343 | -107.17 |
| 06/10/24 | PURCHASE   0608 Agorapulse SAS Paris       00 | -69.00 |
| 06/11/24 | PURCHASE   0610 SLACK T41K99KQT 4155799153   CA | -75.29 |
| 06/13/24 | CHECKCARD  0612 LYFT   *1 RIDE 06 8558659553   CA 55500364165002936054820 CKCD 4121 XXXXXXXXXXXX9343 XXXX XXXX XXXX 9343 | -17.46 |
| 06/13/24 | CHECKCARD  0612 PAPA JOHN'S #3220 8174837777    TX 05436844165500147139327 CKCD 5814 XXXXXXXXXXXX9343 XXXX XXXX XXXX 9343 | -54.34 |
| 06/14/24 | CHECKCARD  0613 SALAD AND GO #143 FRISCO     TX 55310204166002758154069 CKCD 5814 XXXXXXXXXXXX9343 XXXX XXXX XXXX 9343 | -11.12 |

*continued on the next page*

BUSINESS ADVANTAGE

**View your key business metrics all in one place.**

Visually track your business's cash flow trends and data from popular business services, all within Business Advantage 360.[1]

**To learn more, visit bankofamerica.com/ConnectedApps** or just scan this code.

When you use the QRC feature, certain information is collected from your mobile device for business purposes.
[1] You must be enrolled in Business Advantage 360, our small business online banking, or Mobile Banking to use Cash Flow Monitor and Connected Apps, and have an eligible Bank of America® small business deposit account. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM-11-23-0007.B  |  6019109

## Withdrawals and other debits - continued

| Date | Description | Amount |
| --- | --- | --- |
| 06/17/24 | CHECKCARD  0615 DD DOORDASH MCDON 8559731040   CA 55429504167713544229110 CKCD 5812 XXXXXXXXXXXX9343 XXXX XXXX XXXX 9343 | -78.53 |
| 06/17/24 | PURCHASE   0615 BVD*BEENVERIFIED. 8559046471   NY | -24.32 |
| 06/17/24 | CHECKCARD  0615 LEGALZOOM* REGIST 8883100151   CA 75418234167202436330116 RECURRING CKCD 8111 XXXXXXXXXXXX9343 XXXX XXXX XXXX 9343 | -399.00 |
| 06/20/24 | CHECKCARD  0619 GOOGLE *GSUITE_lv 6502530000   CA 55432864171203387159563 CKCD 7399 XXXXXXXXXXXX9343 XXXX XXXX XXXX 9343 | -432.37 |
| 06/20/24 | CHECKCARD  0619 SUPERNORMAL.COM 6175640388   NY 82305094171000021081688 RECURRING CKCD 5734 XXXXXXXXXXXX9343 XXXX XXXX XXXX 9343 | -120.00 |
| 06/21/24 | CHECKCARD  0620 LYFT   *3 RIDES 0 8558659553   CA 55500364173006600150244 CKCD 4121 XXXXXXXXXXXX9343 XXXX XXXX XXXX 9343 | -44.52 |
| 06/21/24 | CHECKCARD  0620 ATT*BILL PAYMENT 8002882020   TX 55432864172203845768889 RECURRING CKCD 4899 XXXXXXXXXXXX9343 XXXX XXXX XXXX 9343 | -221.04 |
| 06/21/24 | CHECKCARD  0621 PAYPAL *MONDAY San Jose    CA CKCD 7399 XXXXXXXXXXXX9343 XXXX XXXX XXXX 9343 | -1,532.16 |
| 06/24/24 | CHECKCARD  0622 FAIRCHILD PUBLISH 8003584244   CA 55432864174204250602611 RECURRING CKCD 5968 XXXXXXXXXXXX9343 XXXX XXXX XXXX 9343 | -19.99 |
| 06/24/24 | PURCHASE   0622 AMAZON DIG* D01-8 SEATTLE      WA | -27.05 |
| 06/24/24 | PURCHASE   0623 AMAZON MKTPL*XF8T 8662161072   WA | -38.17 |
| 06/24/24 | PURCHASE   0624 AMAZON MKTPL*RG1E 8662161072   WA | -35.79 |
| 06/24/24 | CHECKCARD  0623 DASH NAIL SPA FRISCO      TX 55506294175008738190184 CKCD 7230 XXXXXXXXXXXX9343 XXXX XXXX XXXX 9343 | -161.40 |
| 06/24/24 | SHELL SERVICE   06/23 #000766175 PURCHASE SHELL SERVICE S    FRISCO       TX | -65.98 |
| 06/28/24 | CHECKCARD  0628 DD DOORDASH BAGEL 8559731040   CA 55429504180745641226063 CKCD 5812 XXXXXXXXXXXX9343 XXXX XXXX XXXX 9343 | -53.04 |
| **Subtotal for card account # XXXX XXXX XXXX 9343** | | **-$3,709.41** |
| **Total withdrawals and other debits** | | **-$10,309.41** |

## Service fees

**Your Overdraft and NSF: Returned Item fees for this statement period and year to date are shown below.**

|  | Total for this period | Total year-to-date |
| --- | --- | --- |
| Total Overdraft fees | $0.00 | $40.00 |
| Total NSF: Returned Item fees | $0.00 | $0.00 |

**We want to help you avoid overdraft fees.  Here are a few ways to manage your account and stay on top of your balance:**
- Enroll in Balance Connect™ for overdraft protection through Online or Mobile Banking to help save on overdraft fees and cover your payments and purchases by automatically transferring money from your linked backup accounts when needed.
- Sign up for Alerts (footnote 1) to get an email or text message when your balance becomes low

Please call us or visit us if you have any questions or to discuss your options.

(footnote 1) You may elect to receive alerts via text or email. Bank of America does not charge for this service but your mobile carrier's message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage.

continued on the next page

**BANK OF AMERICA**  **Your checking account**

LVPR, LLC   |   Account # 4880 6364 9211   |   June 1, 2024 to June 30, 2024

## Service fees - continued

The Monthly Fee on your primary Business Advantage Fundamentals Banking account was waived for the statement period ending 05/31/24. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

- ✓  $250+ in new net purchases on a linked Business debit card has been met
- ✓  $5,000+ combined average monthly balance in linked business accounts has been met
- ✓  Become a member of Preferred Rewards for Business has been met

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

## Daily ledger balances

| Date  | Balance ($) | Date  | Balance ($) | Date  | Balance ($) |
|-------|-------------|-------|-------------|-------|-------------|
| 06/01 | 168.41      | 06/12 | 195.28      | 06/20 | 3,108.14    |
| 06/03 | 46.74       | 06/13 | 123.48      | 06/21 | 710.42      |
| 06/10 | 170.57      | 06/14 | 112.36      | 06/24 | 362.04      |
| 06/11 | 95.28       | 06/17 | 10.51       | 06/28 | 309.00      |

This page intentionally left blank

# LVPR, LLC
## Profit and Loss
### June 2024

|  | Total |
|---|---:|
| **Income** | |
|   Billable Expense Income | 2,991.44 |
|   Retainer Income | 53,000.00 |
| **Total Income** | **$ 55,991.44** |
| **Cost of Goods Sold** | |
|   Contractors | 31,329.07 |
| **Total Cost of Goods Sold** | **$ 31,329.07** |
| **Gross Profit** | **$ 24,662.37** |
| **Expenses** | |
|   Bank Charges & Fees | 1,473.58 |
|   Dues & Subscriptions | 32.46 |
|   Legal & Professional Services | 399.00 |
|   Meals & Entertainment | 257.52 |
|   Merchant Services Fees | 708.25 |
|   Office Expense | 247.16 |
|   Office Supplies | 101.01 |
|   **Payroll Expenses** | |
|     Officer Wages | 14,100.00 |
|   **Total Payroll Expenses** | **$ 14,100.00** |
|   Rent & Lease | 984.52 |
|   Software & Software Subscriptions | 2,108.82 |
|   Telephone | 282.13 |
|   **Travel** | 61.98 |
|     Fuel | 65.98 |
|     Meals | 53.04 |
|   **Total Travel** | **$ 181.00** |
| **Total Expenses** | **$ 20,875.45** |
| **Net Operating Income** | **$ 3,786.92** |
| **Other Income** | |
|   Earned Interest | 0.04 |
|   Late Fee Income | 600.00 |
| **Total Other Income** | **$ 600.04** |
| **Net Other Income** | **$ 600.04** |
| **Net Income** | **$ 4,386.96** |

# LVPR, LLC
## Balance Sheet
### As of June 30, 2024

|  | Total |
|---|---:|
| **ASSETS** | |
|   **Current Assets** | |
|     **Bank Accounts** | |
|       Business Fundamentals Chk - 9211 | 309.00 |
|       Business Investment Acct - 9237 | 2,795.95 |
|       Mercury Checking | 0.00 |
|       Mercury Savings | 0.00 |
|     **Total Bank Accounts** | **$ 3,104.95** |
|     **Accounts Receivable** | |
|       Accounts Receivable (A/R) | 0.00 |
|     **Total Accounts Receivable** | **$ 0.00** |
|     **Other Current Assets** | |
|       Deposit on Lease | 1,294.80 |
|       Uncategorized Asset | 0.00 |
|       Undeposited Funds | 0.00 |
|     **Total Other Current Assets** | **$ 1,294.80** |
|   **Total Current Assets** | **$ 4,399.75** |
|   **Fixed Assets** | |
|     Accumulated Depreciation | -31,923.05 |
|     Computers & Office Equipment | 29,000.00 |
|     Office Furniture | 10,923.05 |
|   **Total Fixed Assets** | **$ 8,000.00** |
| **TOTAL ASSETS** | **$ 12,399.75** |
| **LIABILITIES AND EQUITY** | |
|   **Liabilities** | |
|     **Current Liabilities** | |
|       **Accounts Payable** | |
|         Accounts Payable (A/P) | 0.00 |
|       **Total Accounts Payable** | **$ 0.00** |
|       **Credit Cards** | |
|         **American Express** | |
|           American Express x1018 | 0.00 |
|           American Express x1026 | 0.00 |
|         **Total American Express** | **$ 0.00** |
|         American Express x1000 | 0.00 |
|         American Express x3006 | -222.60 |
|         BoA Business CC- 8725 | 0.00 |
|       **Total Credit Cards** | **-$ 222.60** |
|       **Other Current Liabilities** | |

|  |  |  |
|---|---:|---:|
| **Campaign Pass Through** |  | 0.00 |
| **Cardiff** |  | 0.00 |
| **Cardiff - 1/26/22** |  | 0.00 |
| **Cardiff - 6/24/22** |  | 0.00 |
| **Cell Phone Reimbursement Liability** |  | 0.00 |
| **Employee 401(k)** |  | 0.00 |
| **Employee Health Insurance** |  | 0.00 |
| **Fox Capital Group** |  | 0.00 |
| **Intuit Payment Solution** |  | 0.00 |
| **Kapitus - 2/15/22** |  | 0.00 |
| **NYS Diasability** |  | 0.00 |
| **NYS Family Leave** |  | 0.00 |
| **PayPal Loan** |  | 0.00 |
| **Payroll Tax Liability** |  | 0.00 |
| **PPP Loan** |  | 0.00 |
| **Rapid Finance - 2110649** |  | 0.00 |
| **Rapid Finance - 2113339** |  | 0.00 |
| **SBA Loan** |  | 0.00 |
| **Total Other Current Liabilities** | $ | 0.00 |
| **Total Current Liabilities** | -$ | 222.60 |
| **Long-Term Liabilities** |  |  |
| **Loans from Shareholder** |  | 0.00 |
| **Pre-Petition - Priority Claims** |  | 60,078.00 |
| **Pre-Petition - Secured Claims** |  | 50,316.77 |
| **Pre-Petition - Unsecured Claims** |  | 688,256.23 |
| **Total Long-Term Liabilities** | $ | 798,651.00 |
| **Total Liabilities** | $ | 798,428.40 |
| **Equity** |  |  |
| **Common Stock** |  | 200.00 |
| **Opening Balance Equity** |  | 0.00 |
| **Other Items Impacting Equity** |  | 198,277.00 |
| **Owner's Investment** |  | 98,004.44 |
| **Owner's Pay & Personal Expenses** |  | -201,840.68 |
| **Retained Earnings** |  | -923,615.06 |
| **Net Income** |  | 42,945.65 |
| **Total Equity** | -$ | 786,028.65 |
| **TOTAL LIABILITIES AND EQUITY** | $ | 12,399.75 |